UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                      )        BK No.:   10-44489
MARCEL D. BURNS,                            )
                                            )
                                            )        Chapter:  13
                                            )        Honorable Jacqueline Cox
                                            )
                                            )
            Debtor(s)                       )

## ORDER TO FILE CLAIM & ALLOW PAYMENT OF LATE-FILED CLAIM

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor is granted leave to file late claim for the City of Chicago, in the amount of $2,632.72.

2) The claim filed on behalf of the City of Chicago is allowed, and shall be paid pursuant to the provisions of the Chapter 13 plan.

Enter:   *Jacqueline P. Cox*

         J. Cox

Dated:   **JUN 0 3 2013**                            United States Bankruptcy Judge

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

Rev: 20130103_bko